**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1453**

In re:  ANTONIO MEDRANO ORTIZ,

Petitioner.

On Petition for a Writ of Mandamus.
(5:11-hc-02219-BO)

Submitted:  July 26, 2012                 Decided:  August 1, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Antonio Medrano Ortiz, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Medrano Ortiz petitions for a writ of mandamus seeking an order to rectify favoritism allegedly exhibited by the district court in adjudicating Ortiz's 28 U.S.C. § 2254 (2006) petition. We conclude that Ortiz is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by Ortiz is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED